UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALFONZO FORNEY,                                                        :
                                                                       :
                              Plaintiff,,                              :    20-CV-1996 (JMF)
                                                                       :
                  -v-                                                  :    MEMORANDUM OPINION
                                                                       :    AND ORDER
QUALITY FACILITY SOLUTIONS CORP.,                                      :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff Alonzo Forney initiated this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, by filing a Complaint on March 5, 2020. ECF No. 1. The allegations concern alleged discrimination Plaintiff suffered while working for Defendant in Brooklyn, New York — which is located in the Eastern District of New York, not the Southern District of New York. *Id.* ¶ 18. The Court gave Plaintiff an opportunity to show cause why the case should not be transferred in the interest of justice and provided that "[i]f Plaintiff does not respond . . . by March 13, 2020, the Court will transfer the case to the Eastern District of New York without further notice." ECF No. 5. To date, Plaintiff has not filed a response.

      Under Section 1404(a), the Court may transfer the case "to any other district . . . where it might have been brought" "[f]or the convenience of the parties and witnesses" and "in the interest of justice." 28 U.S.C. § 1404(a). Given that the events giving rise to Plaintiff's claims substantially occurred in Brooklyn, this case could properly have been brought in the Eastern District. *See* 28 U.S.C. § 1391(b). The Court finds that the convenience of the parties and witnesses and the interest of justice would be served by transferring the case there.

      Accordingly, the Clerk of Court is directed to transfer this case to the Eastern District of New York forthwith (i.e., without waiting the seven days specified in Local Civil Rule 83.1) and to close the case on this Court's docket.

      SO ORDERED.

Dated: March 17, 2020  
      New York, New York  
                                                 JESSE M. FURMAN  
                                                 United States District Judge